THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

OCEAN PEACE, INC.,

               Plaintiff,

      v.

HAJI DUKUREH,

               Defendant.

**AT LAW AND IN ADMIRALTY**

No. 2:18-CV-00716-JLR

**STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL WITH PREJUDICE**

**[CLERK'S ACTION REQUIRED]**

### STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Ocean Peace, Inc. ("Plaintiff") and

Defendant Haji Dukureh ("Defendant"), hereby stipulate and agree that this matter has been

fully settled.   Defendant hereby releases and dismisses with prejudice any claims or

counterclaims he may have arising out of his employment with Ocean Peace, Inc. or his

service of the F/T OCEAN PEACE, including without limitation any and all claims or

counterclaims which Defendant could have made against Ocean Peace, Inc. (or affiliated

individuals or entities) in the above-titled action.   Plaintiff dismisses with prejudice any

claims it has made or could have made against Defendant arising out of his employment with

{28929-00417735;1}
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
WITH PREJUDICE – Page 1
No. 2:18-CV-00716-JLR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

Ocean Peace, Inc. or his service of the F/T OCEAN PEACE, including without limitation

any and all claims which Plaintiff made or could have made against Defendant in the above-

titled action.  Accordingly, this action should be dismissed with prejudice, each party to bear

their own costs and attorney's fees.


DATED this 13th day of June, 2018.


LE GROS BUCHANAN & PAUL

By: *s/David C. Bratz*
By: *s/Daniel J. Park*
David C. Bratz, WSBA #15235
Daniel J. Park, WSBA #43748
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Tel.:   206-623-4990
Fax:   206-467-4828
Email: dbratz@legros.com
         dpark@legros.com

Attorneys for Plaintiff Ocean Peace, Inc.

NEIL LINDQUIST, ESQ.

By: *s/Neil Lindquist per email authorization*
Neil Linquist, WSBA#52111
104 N. 10th Pl., Apt. 2345
Renton, WA  98057
Tel:    425-372-7799
Email: neil@linquistlegal.com

Attorney for Defendant Haji Dukureh


**ORDER**

It is so ORDERED.

DATED this *14th* day of _____Uune_____, 2018.

HONORABLE JAMES L. ROBART

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on the 13th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court, and serve it on all associated counsel.

4

5

I certify under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

6

7

*s/Stephanie Gurney*
Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
Email:  sgurney@legros.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

{28929-00417735;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE – Page 3
No. 2:18-CV-00716-JLR

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-1990